PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: PIERRE, Wilza            Cr.: 2:00-CR-238-03

Name of Sentencing Judicial Officer: Honorable Alfred J. Lechner Jr. - Designate

Date of Original Sentence: 03/08/01

Original Offense: Conspiracy to Distribute Narcotics (Marijuana)

Original Sentence: Thirty (30) Months Incarceration, followed by a five year term of supervised release with special conditions that the offender shall submit to drug treatment, as directed by the U.S. Probation Office, full financial disclosure and a $100.00 special assessment fee.

Type of Supervision: Term of Supervised Release        Date Supervision Commenced: 05/12/03

### PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows:

The defendant shall contribute 50 hours of community service work, and must be completed within 90 days of the requesting district's receipt of this modification. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

### CAUSE

The offender had been consistently associating with Latisha Shorts, a felon under federal supervision, who was convicted of Conspiracy to Distribute Narcotics.

Respectfully submitted,

By: Jessica M. Alberts
U.S. Probation Officer
Date: 06/02/05

PROB 12B - Page 2
PIERRE, Wilza

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

6/7/05
_____
Date

PROB 49
(NYEP-8/5/04)

# United States District Court

## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*The defendant shall perform __50__ hours of community service in a manner approved by the Probation Department. The defendant will cooperate in allowing the Probation Department to confirm the community service is completed.*

Witness: _____    Signed: _____
U.S. Probation Officer                              Probationer or Supervised Releasee

4-25-05
Date